# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-20868

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-23841-GBN |
| James E. Fields and Sheila R. Fields<br>        Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>        Movant,<br>    vs. | ORDER<br><br>(Related to Docket #5) |
| James E. Fields and Sheila R. Fields, Debtors, Jill H. Ford, Trustee.<br><br>        Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 10, 2008 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and James E. Fields and Sheila R. Fields have an interest in, further described as:

> A portion of the South 346.00 feet of the Northwest quarter of the Northeast quarter of the Southwest quarter of Section 3, Township 6 North Range 3 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, being more particularly described as follows:
>
> COMMENCING at the Southwest corner of said Northwest quarter of the Northeast quarter of the Southwest quarter of Section 3;
>
> THENCE North 00 degrees 05 minutes 26 seconds East, along the West line of said Northwest quarter of the Northeast quarter of the Southwest quarter of Section 3, a distance of 346.00 feet;
>
> THENCE South 89 degrees 51 minutes 10 seconds East, a distance of 282.00 feet to the TRUE POINT OF BEGINNING;
>
> THENCE continuing North 89 degrees 51 minutes 10 seconds East, a distance on 302.00 feet;
>
> THENCE South 30 degrees 08 minutes 03 seconds West, a distance of 199.74 feet;
>
> THENCE North 89 degrees 51 minutes 10 seconds West, a distance of 202.00 feet;
>
> THENCE North 00 degrees 05 minutes 26 seconds East, a distance of 173.00 feet to the POINT OF BEGINNING;
>
> EXCEPTING to the United States all the cola and other minerals in said land, as set forth in the Patent of said land.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.